B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Searles, Stephen A. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Searles, Charlotte J. |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>xxx-xx-6597 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>xxx-xx-8072 |
| Street Address of Debtor (No. and Street, City, and State):<br>3835 Troon Street<br>Flossmoor, IL<br>ZIP Code: 60422 | Street Address of Joint Debtor (No. and Street, City, and State):<br>3835 Troon Street<br>Flossmoor, IL<br>ZIP Code: 60422 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code: | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): Searles, Stephen A. Searles, Charlotte J. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Searles, Stephen A.
Searles, Charlotte J.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Stephen A. Searles_
Signature of Debtor Stephen A. Searles

X _/s/ Charlotte J. Searles_
Signature of Joint Debtor Charlotte J. Searles

Telephone Number (If not represented by attorney)

5/17/10
Date

### Signature of Attorney*

X _/s/ Steven B. Chaiken_
Signature of Attorney for Debtor(s)

Steven B. Chaiken, Esq. ARDC #6272045
Printed Name of Attorney for Debtor(s)

Adelman & Gettleman, Ltd.
Firm Name

53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address

312-435-1050  Fax: 312-435-1059
Telephone Number

5/17/10
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Stephen A. Searles
        Charlotte J. Searles                                                        Case No. _____
                                           Debtor(s)                                Chapter    7

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  *(signature)*
                      Charlotte J. Searles

Date: 5-17-10

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

Certificate Number: 01356-ILN-CC-010756171

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 27, 2010, at 8:46 o'clock AM EDT,

Charlotte Searles received from

Hummingbird Credit Counseling and Education, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: April 27, 2010          By      /s/Nelson Amador

                              Name    Nelson Amador

                              Title   Certified Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Stephen A. Searles
Charlotte J. Searles
_____
Debtor(s)

Case No. _____
Chapter  7

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *[signature]*
Stephen A. Searles

Date: 5/17/10

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com     Best Case Bankruptcy

Certificate Number: 01356-ILN-CC-010756170

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 27, 2010, at 8:46 o'clock AM EDT,

Stephen Searles received from

Hummingbird Credit Counseling and Education, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: April 27, 2010    By    /s/Nelson Amador

Name    Nelson Amador

Title    Certified Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# United States Bankruptcy Court
## Northern District of Illinois

In re: Stephen A. Searles, Charlotte J. Searles, Debtor(s)

Case No.: 
Chapter: 7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 72

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: 5/17/10

_/s/ Stephen A. Searles_
Signature of Debtor

Date: 5/17/10

_/s/ Charlotte J. Searles_
Signature of Debtor

Abrams & Abrams P.C
180 W Washington
Suite 910
Chicago, IL 60602


ADT
PO Box 3791967
Hush Soc
Pittsburgh, PA 15250


ADT Security Serivices
PO Box 371490
Pittsburgh, PA 15250


Allied Interstate Inc.
3000 Corporate Exchange Dr
Columbus, OH 43231


America's Servicing Company
3476 Stateview Blvd
Fort Mills, SC 29715


America's Servicing Company
PO Box 10388
Des Moines, IA 50306


AT&T
PO Box 6428
Carol Stream, IL 60197


AT&T
PO Box 5014
Carol Stream, IL 60197


AT&T
PO Box 8100
Aurora, IL 60507


Bank of America
135 S LaSalle St
Chicago, IL 60604

Barbara Wilson
c/o Berton N. Ring, Esq.
Berton N. Ring P.C.
123 W Madison St-15th Floor
Chicago, IL 60602


BMW Financial Service
5515 Park Center C
Dubin, OH 43017


Caine & Weiner
1699 East Woodfield Road
Schaumburg, IL 60173


Capital One
c/o Blatt Hasenmiller, Leibsker & Moore
125 South Wacker, Suite 400
Chicago, IL 60606


Capital One
PO Box 6492
Carol Stream, IL 60197


Capital One
PO Box 30281
Salt Lake City, UT 84130


Citigroup Global Markets Realty
c/o Ira T Nevel, Esq.
175 N Franklin, Suite 201
Chicago, IL 60606


City of Chicago
Dept of Revenue
PO Box 88298
1460 W 79th St
Chicago, IL 60610


City of Chicago
c/o Markoff & Krasny
29 N Wacker Drive #500
Chicago, IL 60606

City of Markham
c/o Municipal Recovery Services, Inc
PO Box 1101
Huntley, IL 60142


Cole Taylor Bank
c/o Sheryl Fyock-Latimer LeVay Jurasek
55 West Monroe, Suite 1100
Chicago, IL 40379


Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197


Contract Callers Inc.
PO Box 212489
Augusta, GA 30917


Cook County Treasurer
PO Box 4468
Carol Stream, IL 60197


Creditor Collection Bureau
c/o Ronald J Gert
755 Almar Parkway, Suite B
Bourbonnais, IL 60914


Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


DePaul University
1 E Jackson Blvd
Chicago, IL 60604


Deutsche Bank National
Freedman Anselmo Lindberg & Rappe LLC
1807 W Diehl Road, Suite 333
Naperville, IL 60563


Ernest L Gowens Associates, Ltd
19550 S Harlem Ave, Suite 2
Frankfort, IL 60423

Eugene Turin
400 Skokie Blvd, Suite 380
Northbrook, IL 60062


Ford Motor Credit
c/o Portfolio Recovery Associtates, LLC
PO Box 12914
Norfolk, VA 23541


GMAC
PO Box 9001952
Louisville, KY 40290


Harris Bank, N.A.
c/o Kamm, Shapiro & DeMuth, Ltd
17 N State St, Suite 990
Chicago, IL 60602


Heavner, Scott, Beyers, & Mihlar
PO Box 740
7414 S May
Decatur, IL 62525


Home Eq Servicing
701 Corporate Center Drive 3rd Fl Nc474
10828 S Eggleston
Raleigh, NC 27607


Homewood Disposal Service, Inc
1501 W 175th St
Homewood, IL 60430


HSBC
PO Box 5253
Carol Stream, IL 60197


HSBC
P O Box 88000
Baltimore, MD 21288


HSBC Bank Nevada
c/o Blatt Hasenmiller Liebsker & Moore
125 S Wacker Dr, Suite 400
Chicago, IL 60606

Illinois Department of Revenue
Bankruptcy Section
Level 7-425
100 W Randolph St
Addison, IL 60101


Illinois Dept of Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


Illinois Student Assistance Commission
Bankruptcy Department
1755 Lake Cook Road
Deerfield, IL 60015


Internal Revenue Service
3615 Park Drive Bld 6
Olympia Fields, IL 60461


J & L Metal Doors
c/o Stephen W Moore, Esq.
18141 Dixie Highway
Homewood, IL 60430


LCD Collection Systems
MVVSS PO Box 4850
Trenton, NJ 08650


Leonard G Adent
2339 Silvermail Road, Suite A
Penwaukee, WI 53072


M R Lee Building Materials, Inc.
12630 S Hamlin Court
Alsip, IL 60803


Mary Stecyna
c/o Joshua R. Diller-Katten & Temple LLP
542 S Dearborn Street, Suite 1060
Chicago, IL 60605


MB Financial Bank
c/o Cynthia Feeley-Feeley & Associates
161 North Clark St, Suite 4700
Chicago, IL 60601

NCO Financial
PO Box 41466
Philadelphia, PA 19101


Nicor Gas
PO Box 2020
Aurora, IL 60507


Osaghe & Associates
11070 S Western Ave
Chicago, IL 60643


Peter C. Alexander
2000 South Batavia Avenue, Suite 520
Geneva, IL 60134


Primerica Life Insurance Company
3120 Breckinridge Boulevard
Duluth, GA 30099


Progressive Insurance
PO Box 31260
Tampa, IL 33631


RMI/MCSI
3348 Ridge Road
Lansing, IL 60438


Spa Bleu, Inc
c/o Kenneth J Donkel
7220 W 194th St, #105
Tinely Park, IL 60487


Spa Bleu, Inc
c/o McCarthy, Burgess & Wolf
26000 Cannon Rd
Cleveland, OH 44146


Sprint
PO Box 3827
Englewood, CA 80155

Sutton Funding LLC
c/o Ira T Nevel, Esq.
175 N Franklin, Suite 201
Chicago, IL 60624


The Chicagoland & Suburban Law Firm
248 S Marion St, Suite 104
Oak Park, IL 60302


Toyota Motor Credit
c/o Law Office of Mitchell N Kay, PC
7 Penn Plaza
New York, NY 10001


Toyota Motor Credit
1111 W 22nd St, Suite 420
Oak Brook, IL 60523


U. S. Environmental Protection Agency
Richard L. Nagle
US EPA Region 5
Mail Code: C-14J
Chicago, IL 60604


United Recovery System
PO Box 72292
Capital One
Houston, TX 77272


University of Chicago
5801 S Ellis/Offce of the Bursar Adm 101
Chicago, IL 60637


US Bank National Association
c/o Codilis & Associates
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527


US Cellular
PO Box 0203
Palatine, Il 60055


Van Buren Title Check, LLC
711 W Ransom St
Kalamazoo, MI 49007

Village of Flossmoor
2800 Flossmoor Road
Flossmoor, IL 60422


Well Group Health Partners
PO Box 663
Hammond, IN 46325


Whiteman Law Offices
118 N Clinton
Chicago, IL 60661